IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE PINKNEY, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE STATE UNIVERSITY OF NEW YORK and THE STATE UNIVERSITY OF NEW YORK AT ALBANY,<br><br>　　　　　　　　　　Defendants. | Case No. 2:20-cv-02048<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

　　　　Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Michelle Pinkney, by and through her undersigned counsel of record, hereby dismisses her claims against Defendants The State University of New York and The State University of New York at Albany without prejudice.

Dated:  May 18, 2020　　　　　　　　　**BURSOR & FISHER, P.A.**

　　　　　　　　　　　　　　　　　　By: _/s/ Joseph I. Marchsese_

　　　　　　　　　　　　　　　　　　Joseph I. Marchese
　　　　　　　　　　　　　　　　　　888 Seventh Avenue, Third Floor
　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　Telephone: (646) 837-7150
　　　　　　　　　　　　　　　　　　Facsimile:  (212) 989-9163
　　　　　　　　　　　　　　　　　　E-Mail:  jmarchese@bursor.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*