**FILED
CLERK**

5/19/2020 8:40 am

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE PINKNEY, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>THE STATE UNIVERSITY OF NEW YORK and THE STATE UNIVERSITY OF NEW YORK AT ALBANY,<br><br>                    Defendants. | Case No. 2:20-cv-02048<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Michelle Pinkney, by and through her undersigned counsel of record, hereby dismisses her claims against Defendants The State University of New York and The State University of New York at Albany without prejudice.

Dated:  May 18, 2020

Case closed.
SO ORDERED.
/s/ JMA, USDJ
5/19/2020

**BURSOR & FISHER, P.A.**

By:    */s/ Joseph I. Marchsese*

Joseph I. Marchese
888 Seventh Avenue, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail:  jmarchese@bursor.com

*Attorneys for Plaintiff*